UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EIDOS DISPLAY, LLC, § <br> and EIDOS III, LLC § <br> § <br> v. § <br> § <br> AU OPTRONICS CORPORATION; § <br> AU OPTRONICS CORPORATION § <br> AMERICA; § <br> CHUNGHWA PICTURE TUBES, LTD. § | No. 6:11-cv-00201-LED-JDL |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 412). The Magistrate Judge recommends granting Defendants' Motion for Summary Judgment of Indefiniteness (Doc. No. 314). Plaintiff filed objections (Doc. No. 415) to which Defendants replied (Doc. No. 416). Plaintiff filed a response (Doc. No. 417) accompanied by a Motion for Leave to Allow a Reply Brief (Doc. No. 418) which is hereby **GRANTED.**

The Court is of the opinion that the conclusion of the Magistrate Judge is correct. Plaintiff's objections are overruled. Therefore, the Court hereby adopts the Order of the United States Magistrate Judge as the findings and conclusions of this Court and Defendants' Motion for Summary Judgment of Indefiniteness is **GRANTED.**

So ORDERED and SIGNED this 22nd day of January, 2014.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE