UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EIDOS DISPLAY, LLC, § | |
| and EIDOS III, LLC, § | |
| § | |
| v. § | No. 6:11-cv-00201-LED-JDL |
| § | |
| AU OPTRONICS CORPORATION; § | |
| AU OPTRONICS CORPORATION § | |
| AMERICA; § | |
| CHI MEI INNOLUX CORPORATION;. § | |
| CHI MEI OPTOELECTRONICS USA, § | |
| INC.; § | |
| CHUNGHWA PICTURE TUBES LTD.; § | |
| HANNSTAR DISPLAY § | |
|  CORPORATION; AND § | |
| HANNSPREE NORTH AMERICA, INC. § | |

**FINAL JUDGMENT**

Before the Court is Plaintiffs' Motion for Entry of Final Judgment (Doc. No. 424) ("Motion"). The matter is fully briefed (Doc. Nos. 425, 426, and 427). Upon consideration, the Motion is **GRANTED IN PART.**

Pursuant to this Court's Order Adopting the Report and Recommendation of United States Magistrate Judge granting Defendants' Motion for Summary Judgment of Indefiniteness and overruling Plaintiffs' Objections (Doc. No. 419), the Court hereby enters final judgment.

It is therefore **ORDERED, ADJUGED** and **DECREED** that judgment be and is hereby entered in favor of Defendants and against Plaintiffs finding that Claim 1 of U.S. Patent No. 5,879,958 is invalid on the ground of indefiniteness; and all other claims and counterclaims are **DISMISSED WITHOUT PREJUDICE**.

The defendants, as the prevailing parties, are awarded costs pursuant to FED. R. CIV. P. 54(d)(1).

Still pending in this case is Defendants HannStar Display Corporation and Hannspree North America, Inc.'s (collectively, "Hannspree") Motion for Fed. R. Civ. P. 11 Sanctions against Plaintiffs (Doc. No. 366). That Motion and associated briefing (Doc. Nos. 394 and 411) are hereby **SEVERED** into a separate cause of action, numbered 6:14cv221. All attorneys for plaintiff and Defendant Hannspree in the above-captioned case shall be listed as attorneys of record and noticed on the new cause of action. The above noted filings (Doc. Nos. 366, 394 and 411) **SHALL** be entered into the new cause of action in their entireties, including all attachments. As this issue is severed pursuant to a Court Order, the Court **WAIVES** any required filing fee for the new cause of action. In light of the severance, Defendant Hannspree's Opposed Motion to Lift Stay (Doc. No. 428) is hereby **DENIED AS MOOT.**

All other motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 23rd day of April, 2014.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**