IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EIDOS DISPLAY, LLC, and<br>EIDOS III, LLC<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | No. 6:11cv201 JRG-JDL<br><br>JURY DEMANDED |

## MEMORANDUM, OPINION, AND ORDER

Pursuant to and in accordance with the mandate issued by the Federal Circuit (Doc. No. 483), this Court hereby supplements its claim construction opinion and finds that the limitation "a contact hole for source wiring and gate wiring connection terminals" means "separate contact holes for source wiring connection terminals and gate wiring connection terminals."

**So ORDERED and SIGNED this 23rd day of September, 2015.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE