IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EIDOS DISPLAY, LLC,  EIDOS III, LLC, | § § § | |
| | § | CIVIL ACTION NO.  6:11-CV-00201-JRG |
| Plaintiffs, | § § | |
| v. | § § | |
| CHI MEI INNOLUX CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., | § § § § | |
| Defendants. | | |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.  As used herein, "Plaintiffs" or "Eidos" means Plaintiffs Eidos Display, LLC and Eidos III LLC.  As used herein, "Defendants" or "Innolux" means Defendants Chi Mei Innolux Corporation and Chi Mei Optoelectronics USA, Inc.  As used herein, "the '958 patent" means U.S. Patent No. 5,879,958.

## QUESTION 1

Did Eidos prove by a preponderance of the evidence that Innolux has directly infringed Claim 1 of the '958 patent?

Answer "Yes" or "No" in the space provided.

Answer: _____Yes_____

ANSWER THE FOLLOWING QUESTION ONLY IF YOU HAVE
ANSWERED YES TO QUESTION 1.  OTHERWISE, DO NOT ANSWER THIS
QUESTION.

## QUESTION 2

Did Eidos prove by a preponderance of the evidence that Innolux willfully
infringed the '958 patent?

Answer "Yes" or "No" in the space provided.

Answer: _____Yes_____

## QUESTION 3

Did Innolux prove by clear and convincing evidence that Claim 1 of the '958 patent is invalid for lack of written description or enablement?

Answer "Yes" or "No" in the space provided.

Answer: _____*No*_____

ANSWER THE FOLLOWING QUESTION ONLY IF YOU HAVE
ANSWERED "YES" TO QUESTION 1 AND "NO" FOR QUESTION 3.

## QUESTION 4

What sum of money, if any, now paid in cash, has Eidos proven by a
preponderance of the evidence would fairly and reasonably compensate Eidos for
damages resulting from Innolux's direct infringement of the '958 patent?

Answer in dollars and cents:

Amount: $ ___4,100,000.00_____

Date: June _____*30*_____, 2017