**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EIDOS DISPLAY, LLC, EIDOS III, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHI MEI INNOLUX CORPORATION, CHI MEI OPTOELECTRONICS USA, INC.,<br><br>*Defendants*. | Civil Action No.: 6:11-CV-00201-JRG (Lead Case)<br><br><br>Civil Action No.: 6:19-CV-00493-JRG (Member Case) |

## NOTICE OF CLAIM BY STAIRWAY LEGACY ASSETS, L.P.

Pursuant to this Court's June 26, 2023 Order (Dkt. 1032), notice is hereby given that Stairway Legacy Assets, L.P. (as successor-in-interest to Stairway Capital Management II, L.P.) ("Stairway"), asserts a claim to the settlement proceeds paid in this case, including the funds currently being held in the registry of the Court, and intends to participate in the mediation before Hon. David Folsom, as ordered by this Court. The nature and details of Stairway's first priority perfected lien and security interest claim is more fully described in its filed Complaint in Intervention, together with attached exhibits (Dkt. 960-1), which was deemed filed by this Court's June 26, 2023 Order (Dkt. 1032).

Dated: July 11, 2023                                    Respectfully submitted,

    */s/ James W. Walker*
James Walker
State Bar No. 20709600
jwalker@coleschotz.com
Cole Schotz, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Telephone: 469-557-9391
Facsimile: 469.533.0361

**ATTORNEY FOR INTERVENOR**
**STAIRWAY LEGACY ASSETS, L.P.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of July 2023, a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, via the Court's ECF File and Serve System.

                                                  */s/ James W. Walker*
                                                  James Walker